United States District Court
Southern District of Texas

**ENTERED**

August 19, 2020

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JESUS RAMIRO RAMIREZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-245 |
| | § | |
| SHERIFF OF MISSIPPI CO., | § | |
| CHARLESTON MISSIOURI, *et al,* | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Movant's civil rights action pursuant to 42 U.S.C. § 1983, which had been referred to the Magistrate Court for a report and recommendation. On July 16, 2020, the Magistrate Court issued the Report and Recommendation, recommending that Movant's claims be dismissed without prejudice for failure to prosecute. The time for filing objections has passed, and no objections have been filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, it is hereby ORDERED that Movant's claims and cause of action are DISMISSED without prejudice.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 18th day of August, 2020.

_____

Micaela Alvarez
United States District Judge